**THE SCHAPS LAW OFFICE, A.P.C.**
MICHAEL A. SCHAPS (SBN 247423)
732 3rd Street, Suite B
Davis, CA 95616
Telephone: (530) 750-9314

Attorney for Plaintiffs
JARED HARA and STEPHANIE MIURA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED HARA and STEPHANIE MIURA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF ELK GROVE; RENE OLAGUE; GABRIEL RAMOS; and RODJARD DAGUMAN,<br><br>    Defendants.<br>_____/ | NO. 18-cv-02691-MCE-KJN<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41** |

   Pursuant to the parties' settlement agreement, Plaintiffs hereby request that this case be dismissed with prejudice.

Dated:  December 27, 2018            Respectfully submitted,


                                     /s/ Michael A. Schaps
                                     MICHAEL A. SCHAPS
                                     Attorney for Plaintiffs

Hara & Miura –Request for dismissal with prejudice 1